# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NUMBER: 21-MJ-4009-RJD |
| AZIZ SADIQ, | ) ) ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, Jeremiah Henning, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
### ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

On January 28, 2021, in Jackson County, Illinois, within the Southern District of Illinois,

**AZIZ SADIQ,**

defendant herein, did knowingly and intentionally attempt to possess with intent to distribute a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved in the conspiracy was five hundred (500) grams or more of a mixture and substance containing methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A).

### AFFIDAVIT

I, Jeremiah Henning, have been an agent with the DEA since 2012, and I am currently assigned to the Carbondale, Illinois Post of Duty. Prior to becoming a DEA agent, I was a police officer in St. Louis, MO and Richmond Heights, MO for approximately fourteen (14) years. For

approximately five of those years (2007 to 2012), I was assigned as a Task Force Officer (TFO) at the DEA. During my career as a law enforcement officer, I have participated in numerous drug investigations involving the manufacture, transportation, and distribution of controlled substances. These investigations have resulted in the seizure of controlled substances and proceeds from the sale of controlled substances as well as arrests and convictions of drug traffickers and money launderers. I am familiar with and have utilized normal methods of investigation, including but not limited to physical and electronic surveillance, questioning of witnesses, the use of search and arrest warrants, the use of informants, the use of pen registers, analysis of telephone records, the utilization of undercover agents, and the use of court-authorized intercepts. These investigative methods have aided in identifying individuals, arresting violators, and seizing illegal drugs and drug proceeds.

The statements contained in this affidavit are based on my investigation, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. This affidavit is meant to state facts sufficient to support a finding of probable cause that the named Defendant committed the charged offense and is not meant to contain a complete record of the entire investigation to date. In support of this Complaint, your affiant states as follows:

The defendant, Aziz Sadiq (hereinafter "defendant" or "Sadiq"), was previously convicted in the Sothern District of Illinois in the case of United States v. Aziz Sadiq, 95-CR-40030-JPG. The defendant was convicted of:

- Count 1: Conspiracy to Distribute & Possess With the Intent to Distribute Cocaine Base
- Counts 6, 18, 20, & 22: Distribution of Cocaine Base
- Counts 7, 21, & 23: Distribution of Cocaine Base Within 1,000 Feet of a School
- Count 24: Possession with the Intent to Distribute Cocaine & Cocaine Base
- Count 25: Possession with Intent to Distribute Cocaine & Cocaine Base within 1,000 Feet of a School, and

- Count 27: Felon in Possession of a Firearm.

The defendant was sentenced to 336 months' imprisonment on Counts 1, 7, 18, 20, 21, 23, 24, and 25. The defendant was sentenced to 240 months' imprisonment on Counts 6 and 22. The defendant was sentenced to 120 months' imprisonment on Count 27. All of the sentences ran concurrent with each other. The defendant is currently on federal supervised release.

On January 28, 2021, DEA agents and officers of the Marion, Illinois, Police Department investigated a parcel at the United Parcel Service (UPS) facility in Marion, Illinois, which had been shipped from Paramount, California, to the residence located at 806 N. Bridge Street, Apt. 1, Carbondale, Illinois (hereinafter the "subject parcel.") Investigators were alerted the subject parcel due to parcel interdiction profile factors which have led to other seizures of controlled substances in the past. The subject parcel was addressed to "Loren Weston." Agents researched the name "Loren Weston" and found no public record of any resident of 806 N. Bridge Street, Apt. 1, or any subject named "Loren Weston" in the Southern Illinois region.

A Marion Police Department K-9 trained in narcotics detection conducted a sniff of the subject parcel. After the K-9 gave a positive indication for the presence of a controlled substance, Marion Police Sgt. Justin Dwyer applied for a warrant to search the subject parcel. The search warrant was granted on January 28, 2021, by Presiding Circuit Judge Stephen Green of the First Judicial Circuit Court of the State of Illinois (Williamson County). The subject parcel was found to contain approximately two thousand seven hundred (2,700) grams of a substance believed to be methamphetamine based on its appearance and a positive response to a field test.

On January 28, 2021, the Marion Police Department and DEA conducted a joint operation in which the subject parcel was delivered to 806 N. Bridge Street, Apt. 1. The suspected methamphetamine was removed from the subject parcel prior to its delivery. The subject parcel

was left on the front porch when no one answered the door at the time of the delivery.

Agents maintained surveillance of the subject parcel sitting on the front porch of 806 N. Bridge Street until the defendant, Aziz Sadiq, arrived in a vehicle and picked up the subject parcel from the porch. Sadiq took the subject parcel back to his vehicle and drove away without entering the residence or making contact with any occupants.

Sadiq, the sole occupant of his vehicle, drove around the residential neighborhood, retracing his route of travel and changing direction with no apparent reason other than as an attempt to determine if he was being followed by law enforcement. When Sadiq exited the residential neighborhood, he proceeded to the east and stopped at a gas station. Sadiq appeared to purchase fuel before eventually driving away from the gas station. Sadiq proceeded west, again retracing his previous route of travel. Sadiq continued west toward his residence, 3009 Sunset Drive, Apt. C, Carbondale, IL.

Agents arrested Sadiq after he parked his vehicle and attempted to enter his residence with the subject parcel in hand.

Agents conducted an audio-recorded interview of Sadiq at the scene of his arrest. Sadiq was provided his Miranda rights, waived his Miranda rights, and provided a statement to law enforcement officers. Sadiq admitted to agents that he (Sadiq) believed the subject parcel contained six (6) pounds of methamphetamine. Sadiq said he shipped United States currency to his methamphetamine supplier in California and provided the supplier with the shipping address 806 N. Bridge Street, Apt. 1, Carbondale, IL. Sadiq said an acquaintance of his used to reside at the Bridge Street residence, but to Sadiq's knowledge that residence is currently unoccupied. Sadiq acknowledged his intent was to distribute the methamphetamine for profit.

Carbondale, Illinois, is within Jackson County, Illinois, which is within the Southern District of Illinois.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Jeremiah Henning
Special Agent
Drug Enforcement Administration

State of Illinois    )
                     )  SS.
County of Jackson    )

Sworn to before me, and subscribed in my presence on the 29th day of January, 2021, at Carbondale, Illinois.

_____
REONA J. DALY
United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

_____
GEORGE NORWOOD
Assistant United States Attorney